IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RONNIE MONIE,

    Petitioner,

  v.

CCI Warden FERNANDO GONZALES,
PBSP Warden G. LEWIS,

    Respondents.
_____/

No. C 11-04701

JUDGMENT

    Pursuant to the dismissal Order signed today, the petition is DISMISSED WITHOUT PREJUDICE. The Clerk of the Court shall close the file.

    IT IS SO ORDERED.

Dated: 10/26/2011

CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

RONNIE MONIE,

        Plaintiff,

v.

FERNANDO GONZALES et al,

        Defendant.

                                    /

Case Number: CV11-04701 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 26, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ronnie Monie F12462
C10-219
Pelican Bay State Prison
P.O. Box 7500
Crescent City, CA 95532

Dated: October 26, 2011

                                  Richard W. Wieking, Clerk
                                  By: Nikki Riley, Deputy Clerk