IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE MONIE, | No. C 11-04701 |
|     Petitioner, | |
|   v. | JUDGMENT |
| CCI Warden FERNANDO GONZALES,<br>PBSP Warden G. LEWIS, | |
|     Respondents.<br>_____/ | |

    Pursuant to the dismissal Order signed today, the petition is DISMISSED WITHOUT PREJUDICE.  The Clerk of the Court shall close the file.

    IT IS SO ORDERED.

Dated: 10/26/2011

    CLAUDIA WILKEN
    UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

RONNIE MONIE,

        Plaintiff,

v.

FERNANDO GONZALES et al,

        Defendant.

Case Number: CV11-04701 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 26, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ronnie Monie F12462
C10-219
Pelican Bay State Prison
P.O. Box 7500
Crescent City, CA 95532

Dated: October 26, 2011

        Richard W. Wieking, Clerk
        By: Nikki Riley, Deputy Clerk